IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DARROLD E WALTERS,                )
                                  )
                    Plaintiff,    )            4:09CV3150
                                  )
         v.                       )
                                  )
MICHAEL J. ASTRUE,                )        ORDER ON APPLICATION AND
                                  )      AFFIDAVIT FOR LEAVE TO PROCEED
                    Defendant.    )           IN FORMA PAUPERIS
_____ )


        IT IS ORDERED that:

        1.      the plaintiff's request to proceed *in forma pauperis*, filing 2, is granted; and

        2.      the clerk shall forthwith issue summons for service on the defendant.

        Dated July 20, 2009.

                            BY THE COURT

                            s/ Warren K. Urbom
                            United States Senior District Judge