IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DARROLD E. WALTERS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3150 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S BRIEF |
| Defendant. | ) ) | |

IT IS ORDERED that:

1. the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief, filing 14, is granted, and the defendant shall have on or before January 19, 2010, in which to file and serve its response to the plaintiff's brief; and

2. the plaintiff within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

3. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

Dated December 22, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge